IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | MISC. ACTION NO. H-11-0040 |
| U.S. VENTURES, LC . a Utah limited liability company, WINSOME INVESTMENT TRUST, an unincorporated Texas entity, ROBERT J. ANDRES and ROBERT L. HOLLOWAY, | § § § § § § § | |
| Defendants. | § | |
| WILLIAM T. CORNELIUS, R.P,. CORNELIUS; and CORNELIUS & SALHAB | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | |
| R. WAYNE KLEIN, RECEIVER FOR U.S. VENTURES LC and WINSOME INVESTMENT TRUST, | § § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In accordance with the memorandum and opinion issued on even date, this action is dismissed for lack of subject matter jurisdiction.

SIGNED on November 22, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge